

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-18-00740-CV

Trial Court Cause
Number: 2018-23761

Style: Wayne Myers

**v** Pennymac Corporation

Date motion filed*: January 28, 2020

Type of motion: Motion for Extension of Time to file Rehearing, Suggestion of Death, and Motion to Substitute Proper Party

Party filing motion: Charlie Jones

Document to be filed: N/A

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐ Granted

     If document is to be filed, document due: _____

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Richard Hightower
          ☐ Acting individually   ☒ Acting for the Court

Panel consists of  Chief Justice Radack and Justices Landau and Hightower.

Date: March 5, 2020